

CJ14 6264

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

NOV 14 2014

TIM RHODES
COURT CLERK

| | |
|---|---|
| JANIE COVEY, | ) |
| Plaintiff, | ) |
| v. | ) Case No. _____ |
| | ) |
| STATE FARM FIRE AND CASUALTY | ) |
| COMPANY, | ) |
| Defendant. | ) |

## PETITION    CJ-2014-6264

Plaintiff for petition against Defendant, states:

(1) Plaintiff's personal items were stolen. She submitted a claim under her State Farm homeowners insurance policy. State Farm delayed processing her claim for more than two years, and then undervalued the claim. State Farm refused to pay replacement costs because, due to State Farm's delay, the property was not replaced within two years, as stated in the policy.

(2) State Farm's handling of the claim in the above manner violated the duty of good faith and fair dealing.

WHEREFORE, Plaintiff prays judgment against Defendant for $98,250.00 on the contract claim, plus an amount to be determined by the jury on the tort claim, plus, pursuant to 36 O.S. § 3629, interest at 15%, attorney's fee, and costs, and all other appropriate relief.

Respectfully submitted,

REX TRAVIS, OBA #9081
PAUL KOURI, OBA# 20751
P.O. Box 1336
Oklahoma City, OK 73101-1336
Telephone: (405) 236-5400
Facsimile: (405) 236-5499
rextravis@travislawoffice.com
paulkouri@travislawoffice.com
Attorneys for Plaintiff

**ATTORNEY'S LIEN CLAIMED**