### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

JANIE COVEY,

        Plaintiff,

v.

STATE FARM FIRE AND
CASUALTY COMPANY,

        Defendant.

Case No.: CIV-14-1353-R

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(ii), Plaintiff, Janie Covey and Defendant, State Farm Fire and Casualty Company, jointly stipulate to the dismissal of this action with prejudice to future filing. Each party will bear their own costs and attorney's fees.

WHEREFORE, upon consideration, the parties hereto stipulate that this case filed on behalf of Plaintiff against named Defendant be dismissed with prejudice.

Respectfully submitted,

| | |
|---|---|
| S/Rex Travis | S/Joseph T. Acquaviva |
| Rex Travis, OBA #9081 | Joseph T. Acquaviva, OBA #11743 |
| Paul Kouri, OBA #20751 | Elizabeth A. Snowden, OBA #22721 |
| TRAVIS LAW OFFICE | WILSON, CAIN & ACQUAVIVA |
| P.O. Box 1336 | 300 Northwest 13th Street, Suite 100 |
| Oklahoma City, OK 73101-1336 | Oklahoma City, Ok 73103 |
| Telephone: (405) 236-5400 | Telephone: (405) 236-2600 |
| Facsimile: (405) 236-5499 | Facsimile: (405) 231-0062 |
| rextravis@travislawoffice.com | JTAcqua@aol.com |
| paulkouri@travislawoffice.com | beths@wcalaw.com |